# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
WWW.KOBREKIM.COM

TEL +1 212 488 1200
FAX +1 212 488 1220

NEW YORK
LONDON
HONG KONG
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

March 27, 2015

**BY ECF**

The Honorable Kevin Nathaniel Fox
United States Magistrate Judge, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *U.S. Commodity Futures Trading Commission v. Donald R. Wilson, Jr. and DRW Investments, LLC,* No. 13 Civ. 7884

Dear Judge Fox:

    On behalf of DRW Investments, LLC ("DRW") and Donald R. Wilson, Jr. (together with DRW, "Defendants"), we submit the enclosed motion for the issuance of an Order, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure and the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, directing the issuance of a Letter of Request to the Private International Law Section of the Australian Government's Attorney-General's Department and the Supreme Court of New South Wales to permit the oral testimony of Garry O'Connor for use at trial.

    In order for Defendants to rely on the more streamlined procedures to enforce the Letter of Request under Australia's Uniform Civil Procedure Rules 2005 (NSW) and Evidence on Commission Act 1995 (NSW), it is respectfully requested that, should the Court grant our application and issue the proposed Letter of Request, the Clerk of the Court mail <u>both</u> the <u>original</u> Letter of Request with Your Honor's signature and the seal of the Court as well as an <u>original</u> of the signed order nominating Defendants as persons entitled to commence a proceeding in the Supreme Court of New South Wales, to counsel for Defendants at the following address:

        Kobre & Kim LLP
        800 Third Avenue
        New York, New York 10022
        ATTN: Kelly Karneeb

The Honorable Kevin Nathaniel Fox
March 27, 2015
Page 2

    This procedure is contemplated in the Proposed Order submitted to the Court herewith.

    We have provided a copy of the accompanying motion papers to the CFTC, and it has indicated that it will not oppose our application.

Respectfully submitted,

Kelly Karneeb
+ 1 212 488 1291

cc:    Paul G. Hayeck, Esq., CFTC
       A Daniel Ullman, Esq., CFTC
       Jason Mahoney, Esq., CFTC
       Sophia Siddiqui, Esq., CFTC
       Michael Berlowitz, Esq., CFTC