**Exhibit 4A**
**Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects**
**7-Year Maturity**

— Differences of IDEX Curve and Corresponding Rates
— NPV and Convexity Effects (Hull-White -- Swaptions Implied Volatilities)
— NPV and Convexity Effects (Hull-White -- Eurodollar Futures Implied Convexity Effects)



Exhibit 4B
Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects
10-Year Maturity



Exhibit 4C
Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects
12-Year Maturity

— Differences of IDEX Curve and Corresponding Rates
— NPV and Convexity Effects (Hull-White -- Swaptions Implied Volatilities)
— NPV and Convexity Effects (Hull-White -- Eurodollar Futures Implied Convexity Effects)

**Exhibit 4D**
**Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects**
**15-Year Maturity**

— Differences of IDEX Curve and Corresponding Rates
— NPV and Convexity Effects (Hull-White -- Swaptions Implied Volatilities)
— NPV and Convexity Effects (Hull-White -- Eurodollar Futures Implied Convexity Effects)

**Exhibit 4E**
**Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects**
**20-Year Maturity**

— Differences of IDEX Curve and Corresponding Rates
— NPV and Convexity Effects (Hull-White -- Swaptions Implied Volatilities)
— NPV and Convexity Effects (Hull-White -- Eurodollar Futures Implied Convexity Effects)

**Exhibit 4F**
**Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects**
**25-Year Maturity**

— Differences of IDEX Curve and Corresponding Rates
— NPV and Convexity Effects (Hull-White -- Swaptions Implied Volatilities)
— NPV and Convexity Effects (Hull-White -- Eurodollar Futures Implied Convexity Effects)



# Exhibit 4
## Differences of IDEX Curve and Corresponding Rates and Hull-White NPV and Convexity Effects

**Notes:**

[1] Differences of IDEX Curve and Corresponding Rates represents the differences between the IDEX Curve and the Corresponding Rates.
[2] Corresponding Rates are obtained from IDCG. See DRW-IDCG-0000003.xlsx and Deposition of Garry O'Connor, pp. 211-21, JEF-CFTC472883-85.

**Sources:**

[1] Deposition of Garry O'Connor, September 18, 2012, JEF-CFTC-472831-920 and Exhibit 74 to the Deposition of Garry O'Connor, JEF-CFTC-474132.
[2] DRW-IDCG-0000003.xlsx
[3] Bloomberg, L.P.

Exhibit 5
DRW's Bids on the Three Month Contract
January 24, 2011 - August 12, 2011

| Month | \multicolumn{11}{c}{Bids Added Between (CT)} | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7 - 8 am | 8 - 9 am | 9 - 9:45 am | 9:45 - 10 am | 10 - 11 am | 11 am - 12 pm | 12 - 1 pm | 1 - 1:45 pm | 1:45 - 2 pm | 2 - 3 pm | 3 - 4 pm | Total |
| January 2011 | 8 | 10 | 7 | 10 | 17 | 16 | 20 | 11 | 37 | 9 | 0 | 145 |
| February 2011 | 28 | 48 | 60 | 4 | 41 | 38 | 73 | 84 | 142 | 3 | 3 | 524 |
| March 2011 | 32 | 71 | 77 | 47 | 69 | 56 | 46 | 79 | 197 | 0 | 0 | 674 |
| April 2011 | 4 | 40 | 28 | 21 | 43 | 49 | 63 | 24 | 180 | 4 | 0 | 456 |
| May 2011 | 4 | 12 | 24 | 12 | 20 | 47 | 32 | 37 | 182 | 0 | 1 | 371 |
| June 2011 | 0 | 0 | 8 | 4 | 16 | 16 | 36 | 16 | 198 | 0 | 0 | 294 |
| July 2011 | 0 | 0 | 8 | 0 | 18 | 4 | 36 | 44 | 148 | 4 | 0 | 262 |
| August 2011 | 0 | 0 | 6 | 0 | 8 | 23 | 28 | 22 | 81 | 1 | 0 | 169 |
| Total | 76 | 181 | 218 | 98 | 232 | 249 | 334 | 317 | 1,165 | 21 | 4 | 2,895 |
| Percentage of Total | 2.6% | 6.3% | 7.5% | 3.4% | 8.0% | 8.6% | 11.5% | 10.9% | 40.2% | 0.7% | 0.1% | 100.0% |

Sources:

[1] DRW-IDCG-0000001.xlsx

[2] Brian Vander Luitgaren IDCH Activity Logs Produced by DRW on December 14, 2011 and February 6, 2012.

Exhibit 6
DRW's Bids on the Three Month Contract
January 24, 2011 - August 12, 2011

| | All of DRW's Bids | | | | DRW's Bids Between 1:45 - 2:00 PM CT | | | |
|---|---|---|---|---|---|---|---|---|
| Tenor | Added | Deleted | Matched | Average Time to Deletion | Open | Added | Deleted | Average Time to Deletion |
| 6-Year | 1 | 1 | 0 | 0:02:00 | 1 | 1 | 1 | 0:02:00 |
| 7-Year | 513 | 513 | 0 | 0:56:07 | 250 | 130 | 113 | 0:18:02 |
| 8-Year | 169 | 169 | 0 | 0:23:30 | 144 | 127 | 14 | 0:18:02 |
| 9-Year | 172 | 172 | 0 | 0:24:00 | 144 | 128 | 14 | 0:17:51 |
| 10-Year | 514 | 513 | 1 | 0:57:14 | 251 | 130 | 113 | 0:17:46 |
| 12-Year | 170 | 170 | 0 | 0:23:00 | 143 | 129 | 13 | 0:17:32 |
| 15-Year | 168 | 168 | 0 | 0:23:13 | 142 | 128 | 12 | 0:17:35 |
| 20-Year | 499 | 499 | 0 | 0:57:41 | 246 | 129 | 108 | 0:17:54 |
| 25-Year | 177 | 177 | 0 | 0:21:40 | 142 | 129 | 11 | 0:17:28 |
| 30-Year | 512 | 512 | 0 | 0:56:55 | 253 | 134 | 115 | 0:16:53 |
| Total | 2,895 | 2,894 | 1 | 0:46:56 | 1,716 | 1,165 | 514 | 0:17:39 |

Notes:

[1] DRW's Open Bids Between 1:45 - 2:00 PM CT include DRW's bids added between 1:45 - 2:00 PM CT and DRW's bids added prior to 1:45 PM CT that were not deleted or matched as of 1:45 PM CT.

[2] None of DRW's bids open between 1:45 - 2:00 PM CT were matched.

[3] Average Time to Deletion for DRW's Bids Between 1:45 - 2:00 PM CT reports the average time to deletion of bids added between 1:45 and 2:00 PM CT.

Sources:

[1] DRW-IDCG-0000001.xlsx

[2] Brian Vander Luitgaren IDCH Activity Logs Produced by DRW on December 14, 2011 and February 6, 2012.



Exhibit 7A
DRW's Bids and Corresponding Rates
7-Year Maturity



Exhibit 7B
DRW's Bids and Corresponding Rates
10-Year Maturity



Exhibit 7C
DRW's Bids and Corresponding Rates
12-Year Maturity

× DRW's Bids    — Corresponding Rates



Exhibit 7D
DRW's Bids and Corresponding Rates
15-Year Maturity



Exhibit 7E
DRW's Bids and Corresponding Rates
20-Year Maturity



Exhibit 7F
DRW's Bids and Corresponding Rates
25-Year Maturity

× DRW's Bids — Corresponding Rates



Exhibit 7G
DRW's Bids and Corresponding Rates
30-Year Maturity

## Exhibit 7
## DRW's Bids and Corresponding Rates

**Notes:**

[1] DRW's Bids reflects only those bids placed by DRW during the PM Settlement Period (1:45-2:00 PM CT).
[2] DRW's Bids excludes bids not within 0.20% of the IDEX Curve. A total of 19 bids were excluded across all maturities.
[3] Corresponding Rates are obtained from IDCG. See DRW-IDCG-0000003.xlsx and Deposition of Garry O'Connor, pp. 211-21, JEF-CFTC472883-85.

**Sources:**

[1] Deposition of Garry O'Connor, September 18, 2012, JEF-CFTC-472831-920 and Exhibit 74 to the Deposition of Garry O'Connor, JEF-CFTC-474132.
[2] DRW-IDCG-0000001.xlsx
[3] DRW-IDCG-0000003.xlsx
[4] Brian Vander Luitgaren IDCH Activity Logs Produced by DRW on December 14, 2011 and February 6, 2012.