

Exhibit 8A
IDEX Curve and Corresponding Rates
7-Year Maturity





Exhibit 8B
IDEX Curve and Corresponding Rates
10-Year Maturity







**Exhibit 8E**
**IDEX Curve and Corresponding Rates**
**20-Year Maturity**



**Exhibit 8F**
**IDEX Curve and Corresponding Rates**
**25-Year Maturity**



**Exhibit 8G**
**IDEX Curve and Corresponding Rates**
**30-Year Maturity**

**Exhibit 8**

**IDEX Curve and Corresponding Rates**

**Note:**

[1] Corresponding Rates are obtained from IDCG. See DRW-IDCG-0000003.xlsx and Deposition of Garry O'Connor, pp. 211-21, JEF-CFTC472883-85.

**Sources:**

[1] Deposition of Garry O'Connor, September 18, 2012, JEF-CFTC-472831-920 and Exhibit 74 to the Deposition of Garry O'Connor, JEF-CFTC-474132.
[2] DRW-IDCG-0000003.xlsx

# Appendix A

## Curriculum Vitae of Jeffrey H. Harris

205 Kogod
American University
Washington, DC  20016
(202) 885-6669
jharris@american.edu

### Education
Ph.D., Business Administration, Finance. The Ohio State University, 1995

M.B.A., Finance.  The University of Iowa, 1987

B.A., Physics.  Economics Minor.  The University of Iowa, 1986
                                   Attended Luther College, 1982-84

### Employment History
American University, Gary Cohn Goldman Sachs Chair in Finance, 2013-Present
                    Finance and Real Estate Department Chair, 2014-Present

Syracuse University, Dean's Chair in Finance, 2011-2013

University of Delaware, Professor, 2006-11
                       Associate Professor, 2003-06
                       Assistant Professor, 2001-03

Southern Methodist University, James M. Collins Chair (Visiting), 2010-11

U.S. Commodity Futures Trading Commission, Chief Economist, 2007-10
                                  Visiting Academic/Consultant, 2006-07

University of Notre Dame, Assistant Professor, 1995-2001

Nasdaq Department of Economic Research, Visiting Academic Fellow, 2000-01

U.S. Securities and Exchange Commission, Visiting Academic Scholar, 1999-2000

The Ohio State University, Visiting Assistant Professor, 1995-97

## Professional Activities

Testimony before Congress

"The Role of Speculative Investments in Energy Markets" before the United States    Senate Subcommittee on Energy and Natural Resources, September 16, 2008.

"Financial Speculation in Commodity Markets: Are Institutional Investors and      Hedge Funds Contributing to Food and Energy Price Inflation?" before the United      States Senate Committee on Homeland Security and Governmental Affairs, May  20, 2008.

"The Influence of Speculative Traders in Commodity Markets" before the United  States House of Representatives Agriculture    Committee, May 15, 2008.

"The Influence of Non-commercial Institutional Investors on Oil Prices" before the United States Senate Committee on Energy and Natural Resources, April 3, 2008.

Testimony before the Commodity Futures Trading Commission

"Price Discovery in Natural Gas Markets" before the United States Commodity  Futures Trading Commission Hearing to Examine Trading on Regulated     Exchanges and Exempt Commercial Markets, September 18, 2007.

"Price Convergence in Agricultural Markets" before the United States Commodity  Futures Trading Commission Agricultural Markets Roundtable, April 22, 2008.

"On Position Limits" before the United States Commodity Futures Trading    Commission Open Meeting Regarding Proposed Position Limits Rule, January 14, 2010.

Expert Reports

In re: United States Securities and Exchange Commission v. Moises Saba Masri     and Albert Meyer Sutton
In re: Sycamore Networks, Inc. Initial Public Offering Securities Litigation
In re: United States v. Sergey Aleynikov
In re: United States v. George Holley
In re: Qimonda Richmond, LLC, et al. Debtors, Chapter 11
In re: U.S. Commodity Futures Trading Commission v. Donald A. Newell and
   Quiddity, LLC

A-2