UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------x
                                                      :
                                                      :
U.S. COMMODITY FUTURES TRADING                        :
COMMISSION,                                           :
                                                      :
                        Plaintiff,                    :   13 Civ. 7884 (AT)
                                                      :
                                                      :
            v.                                        :
                                                      :   ORAL ARGUMENT
DONALD R. WILSON, JR. AND DRW                         :   REQUESTED
INVESTMENTS, LLC,                                     :
                                                      :
                        Defendants,                   :
                                                      :
                                                      :
------------------------------------------------------x
```

## NOTICE OF DEFENDANTS' MOTION TO EXCLUDE
## THE EXPERT WITNESS TESTIMONY OF ROBERT M. MACLAVERTY

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, dated November 23, 2015, and the declarations and exhibits referenced therein, Defendants Donald R. Wilson, Jr. and DRW Investments, LLC, by their attorneys, will move this Court, before the Honorable Analisa Torres, United States District Judge, Southern District of New York, at a time and date set by this Court, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, for an Order, pursuant to Federal Rule of Evidence 702, excluding the testimony of Plaintiff's expert witness Robert M. MacLaverty.

Respectfully submitted,

KOBRE & KIM LLP


By: /s/ Jason Manning
Michael S. Kim (Michael.Kim@KobreKim.com)
Jonathan D. Cogan (Jonathan.Cogan@KobreKim.com)
Jason Manning (Jason.Manning@KobreKim.com)
Kelly Spatola (Kelly.Spatola@KobreKim.com)
800 Third Avenue
New York, New York 10022
Tel: +1 212 488 1200

Andrew C. Lourie (Andrew.Lourie@KobreKim.com)
1919 M Street, NW
Washington, DC 20036
Tel: +1 202 664 1900
*Attorneys for Defendants Donald R. Wilson, Jr. and DRW Investments, LLC*

Dated: New York, New York
       November 23, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2015, service of the foregoing document and the accompanying memorandum of law were made to all counsel of record via ECF.

Dated: November 23, 2015
      New York, New York

                              KOBRE & KIM LLP

                              By: /s/ Jason Manning
                              Jason Manning
                              Jason.Manning@KobreKim.com