UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD R. WILSON AND DRW INVESTMENTS, LLC,<br><br>Defendants. | 13-7884 (RJS) |

### NOTICE OF PLAINTIFF UNITED STATES COMMODITY FUTURES TRADING COMMISSION'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE ARGUMENT AND EVIDENCE, INCLUDING TESTIMONY, THAT IS CONTRARY TO THE LAW OF THE CASE

PLEASE TAKE NOTICE that, upon the accompanying Memorandum In Support of Its Motion *In Limine* No. 1 to Exclude Argument and Evidence, Including Testimony, That is Contrary to the Law of the Case, dated November 4, 2016, Plaintiff United States Commodity Futures Trading Commission will move this Court, before the Honorable Richard J. Sullivan, United States District Judge, Southern District of New York, 40 Foley Square, New York, New York, to grant its motion *in limine* No. 1.

Respectfully Submitted,

/s/ A. Daniel Ullman
A. Daniel Ullman II (*pro hac vice*)
Paul G. Hayeck  (*pro hac vice*)
Traci Rodriguez (*pro hac vice*)
Jason Mahoney (*pro hac vice*)
Jonah McCarthy
Lucy C. Hynes (*pro hac vice*)

U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st St., N.W.
Washington, DC 20581
(202) 418-5400 (telephone)
(202) 418-5523 (facsimile)
dullman@cftc.gov
phayeck@cftc.gov
trodriguez@cftc.gov
jmahoney@cftc.gov
jmccarthy@cftc.gov
lhynes@cftc.gov

Michael R. Berlowitz
140 Broadway, 19th Floor
New York, NY 10005
(646) 746-9759 (telephone)
(646) 746-9940 (facsimile)
mberlowitz@cftc.gov

**ATTORNEYS FOR PLAINTIFF**
**COMMODITY FUTURES TRADING COMMISSION**

## CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2016, service of the foregoing document was made on the following parties via ECF:

Michael S. Kim, Esq.
Jonathan Cogan, Esq.
Jason Manning, Esq.
Kelly Karneeb, Esq.
Melanie L. Oxhorn, Esq.
Kelly Spatola, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022

Andrew C. Lourie, Esq.
Kobre & Kim LLP
1919 M Street, N.W.
Washington, DC 20036

Attorneys for Defendants

                                                            /s/ Lucy C. Hynes
                                                            Lucy C. Hynes